1

2
SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202)
E-mail: fortman@seyfarth.com

3
Kimberly G. Brener (SBN 244531)
E-mail: kbrener@seyfarth.com

4
560 Mission Street, 31st Floor
San Francisco, California 94105

5
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

6

7
Raymond R. Kepner (SBN 90093)
E-mail: rkepner@seyfarth.com

8
Sara M. Poggi (SBN 259469)
E-mail: spoggi@seyfarth.com

9
333 S. Hope Street, Suite 3900
Los Angeles, California 90071

10
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

11
Attorneys for Defendant
IKON OFFICE SOLUTIONS, INC.

12

13
HAMMONDLAW, PC
Julian Hammond (SBN 268489)

14
E-mail: Hammond.julian@gmail.com
1180 S. Beverly Drive, Suite 601

15
Los Angeles, California 90035
Telephone: (310) 601-6766

16
Facsimile: (310) 295-2385

17
Attorney for Plaintiffs
TAMMI PELTON CLUCK, CEDRIC HEFFNER,
ALAN KABAKOFF and BRIAN SWANSON

18

19
UNITED STATES DISTRICT COURT

20
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

21
SAN FRANCISCO

| | |
|---|---|
| 22  TAMMI PELTON CLUCK, CEDRIC HEFFNER, ALAN KABAKOFF, and BRIAN SWANSON, individually and on behalf of all others similarly situated, | ) Case No. CV 11 5027 JSW<br>)<br>) [~~PROPOSED~~] ORDER CONTINUING<br>) HEARINGS ON MOTION TO DISMISS<br>) AND STRIKE AND MOTION TO STAY/<br>) TRANSFER, AND THE CASE<br>) MANAGEMENT CONFERENCE<br>) AS MODIFIED<br>) Judge: Hon. Jeffrey S. White<br>)<br>) Complaint Filed: October 12, 2011<br>) FAC Filed: November 30, 2011<br>)<br>) |
| 23 | |
| 24  Plaintiffs, | |
| 25  v. | |
| 26  IKON OFFICE SOLUTIONS, INC., an Ohio Corporation, | |
| 27 | |
| 28  Defendant. | |

[~~Proposed~~] Order Continuing the Hearings on the Motion to Dismiss and Strike and the Motion to Stay/Transfer and the Case Management Conference / Case No. CV 11 5027 JSW

1

2    Pursuant to the parties' Stipulation to Continue The Hearings On The Motion to

3    Dismiss and Strike and the Motion to Stay/Transfer, and the Case Management Conference, and

4    for the good cause shown therein:

5        **IT IS HEREBY ORDERED** that the hearings on Defendant's Motion to Dismiss

6    and Strike and Motion to Stay/Transfer and the Case Management Conference be continued from
                                                                  May 11, 2012
7    April 20, 2012 to ~~[April 27, 2012]~~ ~~[or]~~ ~~[May 4, 2012]~~ at 9:00 a.m.

8    Dated:  April 11, 2012

9                                                    _Jeffrey S White_

10                                                   Hon. Jeffrey S. White
                                                     United States District Court Judge

11

12   14356867v.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                      2
                          ~~[Proposed]~~ Order Continuing the Hearings on the Motion to Dismiss and Strike and the Motion to Stay/Transfer and
                                          the Case Management Conference / Case No. CV 11 5027 JSW